# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Annette Spagnolo-Yost,<br><br>Plaintiff,<br><br>vs.<br><br>Financial Asset Management Systems, Inc., *a foreign corporation*,<br><br>Defendant. | **CIVIL FILE NO.:** 11-CV-584 (PAM/JJG)<br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant is hereby **VOLUNTARILY DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: May 17, 2011

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge